AO 91 (Rev. 11/11) Criminal Complaint

**FELONY**

United States Courts
Southern District of Texas
FILED
***September 10, 2026***
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Texas

United States of America
v.
Nora Alicia Alvear
*Defendant(s)*

Case No. **1:26-MJ-1112-01**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of September 10, 20026 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 111 | Forcibly assaults, resists, opposes, impedes, imitates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties. |

This criminal complaint is based on these facts:

See Attachment "A"

[X] Continued on the attached sheet.

A. Leal-Alvarado
*Complainant's Signature*

Amy Leal-Alvarado Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to, and signature attested to telephonic pursuant to Fed.R.Crim.4.1

September 10, 2026
*Date*

Brownsville, Texas
*City and State*

Karen Betancourt
*Judge's signature*

Karen Betancourt U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A

**Affidavit** **1:26-MJ-1112-01**

1. On September 10, 2025, officers with U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), Harlingen Rapid Response Team (RRT) officers, participated in the execution of a federal criminal arrest warrant for Juan Jesus ALVEAR-Espinosa at 6539 Tradition Circle, Brownsville, Texas 78521. The warrant was issued by a United States Magistrate Judge.

2. During the execution of the warrant, officers encountered Nora Alicia ALVEAR inside the residence near the entryway. Officers gave ALVEAR verbal commands to move from the entryway of the residence. ALVEAR ignored those commands and remained in the entryway prohibiting officers from making entry. Due to her noncompliance, ALVEAR was moved from the entryway to the exterior of the residence and placed in handcuffs.

3. After officers located and secured the target of the arrest warrant, Officer J.G. was instructed to remove ALVEAR's restraints so she could be released. While outside the residence, and as Officer J.G. attempted to remove the restraints, ALVEAR continued to ignore commands and failed to remain still. ALVEAR then intentionally kicked Officer J.G. in the left knee, causing his knee to hyperextend resulting in immediate pain. The incident was captured on officer body-worn camera footage.

4. At the time of the event, Officer J.G. was a federal law enforcement officer employed by ICE ERO and was engaged in the performance of official duties.

5. Based on the above facts, there is probable cause to believe that Nora Alicia ALVEAR forcibly assaulted, resisted, impeded, and interfered with Officer J.G., a federal officer, while Officer J.G. was engaged in the performance of official duties, in violation of Title 18, United States Code, Section 111.

A. Leal-Alvarado

*Signature*

Amy Leal-Alvarado, Special Agent

*Printed name and title*

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed. R. Crim.P. 4.1.,

09/10/2026

*Date*

Karen Betancourt

*Judge's Signature*

Karen Betancourt U.S. Magistrate Judge

*Printed name and title*